UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LYNN WEBB, | ) No.: 5:14-cv-00902-VEB |
| | ) |
| Plaintiff, | ) **ORDER AWARDING** |
| | ) **ATTORNEYS' FEES UNDER THE** |
| v. | ) **EQUAL ACCESS TO JUSTICE** |
| | ) **ACT, PURSUANT TO 28 U.S.C.** |
| CAROLYN W. COLVIN, | ) **§ 2412(d), AND COSTS, PURSUANT** |
| Acting Commissioner of Social | ) **TO 28 U.S.C. § 1920** |
| Security, | ) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs (Docket No. 20),

IT IS ORDERED that Plaintiff shall be awarded attorneys' fees under the EAJA in the amount of FOUR THOUSAND THREE HUNDRED AND NINETY DOLLARS AND THIRTY NINE CENTS ($4,390.93), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced Stipulation, to include the United States Department

of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Any payment shall be delivered to Plaintiff's counsel.

DATED this 28th day of June, 2016.

                                      /s/Victor E. Bianchini
                                      VICTOR E. BIANCHINI
                                      UNITED STATES MAGISTRATE JUDGE

2